

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00608-CV

**IN THE INTEREST OF J.M.S. AND A.S.A, CHILDREN,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01788
Honorable Richard Garcia, Judge Presiding

## O R D E R

On November 13, 2018, the Bexar County District Clerk filed a second supplemental clerk's record that contains, inter alia, a one-page document of trial court notes and a five-page permanency hearing order. The hearing was held and both documents were signed on October 23, 2018, after the trial court signed its September 26, 2018 final order terminating Appellant's parental rights to her child.

On December 21, 2018, Appellant moved to strike pages 3–8 of the second supplemental clerk's record—which contain the trial court's notes and the permanency hearing order—because the notes and order occurred after the trial court signed its final order.

The motion to strike pages from the second supplemental clerk's record is DENIED. However, this court will not consider the six pages (i.e., 2 SCR 3–8) in the second supplemental clerk's record that pertain to the October 23, 2018 hearing.

It is so ORDERED on this 9th day of January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court